# EXHIBIT A

**Exhibit A – Infringing Domain Names**

| | |
|---|---|
| 1betplay.com | champclub.net |
| 24casino1.bet | champstar777.com |
| 24casino2.bet | cherryfiesta.com |
| 24casino3.bet | chilli777.com |
| 24play.bet | crazyfortunecasino.bet |
| 24playgr.com | c27.games |
| 24playgr1.com | doctorspins.com |
| 24playsupport.bet | doctorspins11.com |
| 24playtk.com | doctorspins29.com |
| 24playtk1.com | doctorspins32.com |
| 24playtk2.com | europe777.biz |
| 4crownscasino.com | europe777.com |
| arescasino.com | europe777.net |
| bigwins1.com | europe777casino.com |
| bigwins-tr.bet | f1casino.club |
| cactus.casino | f1casino.games |
| cactus1.casino | f1casino22.club |
| cardinalcasino.com | fontan-casino.com |
| casino-hermes.co | fontan-casino21.com |
| casinohermes.com | fontan-casino22.com |
| casino-hermes.net | fountain.casino |
| casinohermes.pro | galaxyspins.com |
| casinohermes1.com | goldengenie.com |
| casinohermesvip.com | goldenlion.bet |
| casinomga.com | goldenpharaoh.bet |
| champblack.com | goldenwin.bet |

1

**Exhibit A – Infringing Domain Names**

| | |
|---|---|
| gorillawins.com | rusloto3.com |
| hermescasinovip.com | rusloto4.com |
| hermesclubvip.com | rusloto5.com |
| hermesvipcasino.com | rusloto777.com |
| kaktuz.bet | slootz.io |
| lecasinohermes.com | spicyjackpots1.com |
| lovecasino.com | spinland.bet |
| lovecasino2.com | spinsdeluxe.com |
| luckycharms.co | superb.bet |
| luckycharms1.co | superb1.bet |
| luckycharms2.co | vegas-club.win |
| luckycharms3.co | vegaslot.com |
| luckycharmsapi.co | viphermes.net |
| magicwin.bet | viproomcasino.live |
| magicwin1.bet | vovan8.online |
| magicwin3.bet | wilder7.casino |
| magicwins.bet | winnercasino1.bet |
| maximalwins.com | winnercasino2.com |
| mrsloty.com | zeoncasino.com |
| oceanbreezecasino.com | zeoncasino.net |
| oceanbreezecasino1.com | zeoncasino10.com |
| pelicancasino5.games | zeoncasino15.com |
| pelicancasino6.games | zeoncasino26.com |
| rougecasino.com | zeoncasino55.com |
| rusloto1.com | zeoncasino62.com |
| rusloto2.com | zeoncasino84.com |
| rusloto24.com | zino-game.com |

2